THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALEXANDER M. Ross, Respondent, *v.* JOHN T. DOOLING et al., Composing the Board of Elections of the City of New York, Appellants.

*People ex rel. Ross* v. *Dooling*, 137 App. Div. 904, affirmed.
(Argued April 28, 1910; decided May 17, 1910.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered March 31, 1910, which affirmed an order of Special Term granting a motion for a peremptory writ of mandamus to compel the reinstatement of the relator in the position of chief clerk in the office of the board of elections in the borough of Richmond.

*Archibald R. Watson*, Corporation Counsel (*Theodore Connoly* and *William B. Crowell* of counsel), for appellants.

*George M. Pinney, Jr.*, and *Warren C. Van Slyke* for respondent.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER and HISCOCK, JJ.

---

In the Matter of the Estate of EDWARD A. SMITH, Deceased.
ELIZABETH L. RUNLETT, as Administratrix, Appellant; EDWARD R. SMITH, Respondent.

*Matter of Smith*, 136 App. Div. 10, appeal dismissed.
(Submitted April 28, 1910; decided May 17, 1910.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered December 30, 1909, which reversed a decree of the Kings County Surrogate's Court denying an application for a compulsory accounting.